UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. BOOTH,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No. 2:20-cv-1562 DJC AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed December 1, 2023, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 31. The settlement conference took place on April 4, 2024, and the case did not settle. ECF No. 39.

Accordingly, IT IS HEREBY ORDERED that:

1. The ADR stay of this action, commencing December 1, 2023 (ECF No. 31), is LIFTED; and

2. Within twenty-one days of the filing of this order, defendants shall file a response to the complaint.

DATED: April 5, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE